## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual** | **Case No: 5:26cv00413−KK−DTB** |
| **Plaintiffs,** | **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| **v.** | [Fed. R. Civ. P. Rule 41(a)(1)(ii)] |
| **NORTHBROOK CAPITAL, L.P., A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 THROUGH 10, Inclusive** | |
| **Defendants** | |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: <u>May 14, 2026</u>

By: _____
        Hon.  Kenly Kiya Kato
        United States District Judge

ORDER FOR DISMISSAL